RECEIVED
IN ALEXANDRIA, LA.

APR 1 2 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES A. JOHNSON (#125794) | DOCKET NO. 1:12-CV-2936; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| MICHELLE KENNEDY, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice as frivolous and failing to state a claim, pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 12th day of April, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT